# UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

| | |
|---|---|
| **KAREEM ABDUL JOHNSON** | **CIVIL ACTION NO. 22-5833-P** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **D.P. GOLEMAR** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 30] previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Thus, done and signed, in chambers, at Monroe, Louisiana, on this 3rd day of May 2023.

```
_____
TERRY A. DOUGHTY, JUDGE
UNITED STATES DISTRICT COURT
```